UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:18-mj-64 |
| v. | ) | Charging Dist. Case No. 1:18-cr-69 |
| MELISSA OGLE | ) | Judge Steger |

## MEMORANDUM AND ORDER

Defendant MELISSA OGLE ("Defendant") came before the Court on June 11, 2018, in accordance with Rules 5 and 5.1 of the *Federal Rules of Criminal Procedure*, for an initial appearance on a Bill of Indictment out of the United States District Court for the Western District of North Carolina, Asheville Division

After being sworn in due form of law, Defendant was informed or reminded of her privilege against self-incrimination under the Fifth Amendment and her right to counsel under the Sixth Amendment to the United States Constitution.

The Court determined that Defendant wished to be represented by an attorney and that she qualified for the appointment of an attorney to represent her at Government expense. Consequently, the Court APPOINTED Erin Rust of the Federal Defender Services of Eastern Tennessee, Inc., to represent Defendant with respect to further proceedings in this case in the Eastern District of Tennessee.

Defendant was furnished with a copy of the Bill of Indictment and had an opportunity to review that document with her attorney. The Court determined that Defendant was capable of being able to read and understand the Bill of Indictment. At the Court's request, AUSA Kyle Wilson explained to Defendant the offenses detailed in the Bill of Indictment. Defendant acknowledged that she understood the offenses with which she is charged in the Bill of Indictment. Defendant entered a plea of not guilty to the charge in the Bill of Indictment.

The Court explained to Defendant that she had a right to an identity hearing to determine whether she is the person named in the Bill of Indictment; a right to production of the warrant (or a certified copy or electronic copy); and a hearing on the Government's motion for detention. The Court further explained to Defendant that she had a right to transfer these proceedings to the charging district, which, in this case, is the United States District Court for the Western District of North Carolina, Asheville Division.

Following consultation with counsel, Defendant agreed to waive an identity hearing, production of the warrant, and a detention hearing in this Court, and to request transfer of those proceedings to the United States District Court for the Western District of North Carolina,

Asheville Division. The Court confirmed that Defendant would be entitled to such proceedings in the charging district at a date and time set by that Court.

It is, therefore, **ORDERED** that:

1. The Government's motion that Defendant be DETAINED WITHOUT BOND pending further proceedings in the United States District Court for the Western District of North Carolina is **GRANTED**.

2. The U.S. Marshal shall transport Defendant to the United States District Court for the Western District of North Carolina, Asheville Division**.**

3. The Clerk of Court for the Eastern District of Tennessee shall promptly transmit all documents relating to this case to the Clerk of Court for the United States District Court for the Western District of North Carolina.

4. The Clerk of Court for the United States District Court for the Western District of North Carolina shall immediately notify the United States Attorney for such district of Defendant's arrival so that further proceedings may be promptly scheduled.

**ENTER.**

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE